■ BESSIE ANDREWS, Respondent, v. JOSEPHINE MALAXANAS, Appellant.— In an action by a vendee for the specific performance of a contract for the sale of real property, the appeal is from an order and judgment (one paper) granting respondent's motion for summary judgment striking out the answer and denying appellant's cross motion for summary judgment. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ MICHAEL FALK, Respondent, v. PAUL FALK et al., Appellants.— Action pursuant to sections 60 and 61 of the General Corporation Law against a corporation and its president and director to require him to account for his acts as such president and director, and for other related relief, based on allegations charging him with waste and misappropriation of the corporate funds and assets. The appeal is from an order denying appellants' motion to dismiss the complaint on the ground that respondent has not the legal capacity to sue (Rules Civ. Prac., rule 107, subd. 2). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ MICHAEL FALK, Respondent, v. PAUL FALK et al., Appellants.— Action pursuant to sections 60 and 61 of the General Corporation Law against a corporation and its president and director to require him to account for his acts as such president and director, and for other related relief, based on allegations charging him with waste and misappropriation of the corporate funds and assets from 1953 through 1957. The appeal is from an order denying appellants' motion to dismiss the complaint on the ground that respondent has not the legal capacity to sue (Rules Civ. Prac., rule 107, subd. 2). Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ JOHN H. GOOCH, as Administrator of the Estate of MARGARET GOOCH, Deceased, Respondent, v. DANIEL BLANCH, Appellant.— Appeal from an order entered October 6, 1958 denying a motion to vacate an order dated June 4, 1958 granting a preference and setting down an action to recover damages for personal injuries for trial on September 8, 1958. The motion for the preference was based on a claim of the imminence of death of the injured person, who died on July 19, 1958. An amended complaint setting forth causes of action to recover damages for conscious pain and suffering and for wrongful death was served on or about October 3, 1958, after the return date of the motion to vacate, but before that motion was decided. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.